IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH DONTE WEST,<br><br>        *Plaintiff*,<br><br>v.<br><br>MS. T. BRADLEY, *et al*,<br><br>        *Defendants*. | CIVIL ACTION<br>NO. 16-06678 |

## ORDER

**AND NOW**, this 14th day of November, 2018, after consideration of Defendant Michele Farrell's Motion to Dismiss, (ECF No. 34), and Plaintiff's Response, (ECF No. 38), it is hereby **ORDERED** that the Motion is **GRANTED**. All claims against Defendant Farrell are **DISMISSED** without prejudice. Plaintiff may file an Amended Complaint, consistent with the attached memorandum, on or before **December 5, 2018**.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.